JOHN A. BALESTIER, as Receiver, etc., Appellant, *v.* THE MECHANICS' NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.

(Submitted October 25, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

made at the January Term, 1888, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term.

*William H. Secor* for appellant.

*Edward B. Crowell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.